IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOIS A. SEDLOCK, | Civil Action |
| Plaintiff, | No. 11-1591 |
| v. | Chief Judge Lancaster |
| SERVICELINK, FNF, | |
| Defendant. | JURY TRIAL DEMANDED |

### STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice.

Respectfully submitted,

S/ Kurt A. Miller
Kurt A. Miller
Pa.I.D. No. 37850

Thorp Reed & Armstrong
One Oxford Centre, 14th Floor
301 Grant Street
Pittsburgh, PA 15219
(412) 394-2363

Attorney for Defendant

/S/ Christine T. Elzer
Samuel J. Cordes
Christine T. Elzer

Pa. I.D. No. 54874 (Cordes)
Pa.I.D. No. 208157 (Elzer)

Samuel J. Cordes & Associates
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 281-7991

Attorneys for Plaintiff

SO ORDERED, this 22nd day of May, 2012.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge